# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAR 19 2008
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

United States of America )
v. )
Richard Edward Gunn )
) Case No: 4:97CR70002-001
) USM No: 07181-084
Date of Previous Judgment: November 20, 1997 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___160___ months **is reduced to** ___(see comments)___.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: 28        Amended Offense Level: 26
Criminal History Category: V      Criminal History Category: V
Previous Guideline Range: 130 to 162 months    Amended Guideline Range: 110 to 137 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
Amended Sentence: 135 months OR time served, whichever is longer.

Except as provided above, all provisions of the judgment dated ___11/20/1997___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3/19/08

Effective Date: ~~3/13/08~~ 3/29/08
(if different from order date)

Judge's signature

Jackson L. Kiser, Senior United States District Judge
Printed name and title